IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

**FILED**

APR 2 3 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal Action No: DR-14-CR-1068 (01)  AM |
| EDUARDO ROCHA, SR. | § § § | |

## ORDER

The evidence having been closed in the above styled criminal action, and after a charge of the court and submission of the case to the jury, It is hereby,

**ORDERED** that the jury be sequestered during their deliberations from when they report to the jury room until their release by the court.  While the jury is kept together and not allowed to separate, the cost of subsistence of said jury, shall be paid by the United States Government.

**IT IS SO ORDERED**.

SIGNED this the 23TH day of April, 2015.

ALIA MOSES
United States District Judge